**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

| | |
|---|---|
| **Frank Ippolito,** | : |
|                **Plaintiff,** | : **Civil Action No.:  3:14-cv-01347-VLB** |
| **v.** | : |
| **American Adjustment Bureau, Inc.; and DOES 1-10, inclusive,** | : |
|                **Defendant.** | : |

_____

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Defendants American Adjustment Bureau, Inc. with prejudice and without costs to any party.

[SIGNATURES CONTAINED ON NEXT PAGE]

| | |
|---|---|
| **Frank Ippolito** | **American Adjustment Bureau, Inc.** |
| **/s/ Sergei Lemberg** | **/s/ Michael J. Dugan** |
| **Sergei Lemberg, Esq. (Juris No. 425027)** | **Michael J. Dugan** |
| **LEMBERG LAW, LLC** | **Litchfield Cavo LLP** |
| **1100 Summer Street, 3rd Floor** | **82 Hopmeadow Street, Suite 210** |
| **Stamford, CT  06905** | **Simsbury, CT 06089** |
| **(203) 653-2250** | **(860) 413-2801** |
| **Attorney for Plaintiff** | **Attorney for Defendant** |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg